Gilbert Israel **SERRANO**, Sr., Plaintiff—Appellant,

v.

Silvia **GARCIA**, Warden of Calipatria State Prison; et al., Defendants— Appellees.

No. 06–56218.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 25, 2008.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

R.App. P. 34(a)(2).

---

Gilbert Israel Serrano, Sr., Folsom, CA, pro se.

Susan Eileen Coleman, Esquire, Office of the California Attorney General, San Diego, CA, for Defendant–Appellee.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

## MEMORANDUM **

Gilbert Israel Serrano, Sr., a California state prisoner, appeals pro se from the district court's summary judgment for prison officials in his 42 U.S.C. § 1983 action alleging various constitutional violations. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Clement v. Gomez*, 298 F.3d 898, 901 (9th Cir. 2002), and we affirm.

▪ The district court properly granted summary judgment on Serrano's Eighth Amendment claim because Serrano did not create a triable issue as to whether defendants used excessive force in trying to contain a fight between prisoners. *See id.* at 903 ("Force does not amount to [a violation of the Eighth Amendment] if it is applied in a good faith effort to restore

** This disposition is not appropriate for publi-

discipline and order and not maliciously and sadistically for the very purpose of causing harm.") (quotation marks and citation omitted).

▪ The district court properly granted summary judgment on Serrano's access to the courts claims, because Serrano did not raise a triable issue as to whether defendants frustrated a nonfrivolous legal claim. *See Lewis v. Casey*, 518 U.S. 343, 351–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

Serrano's remaining contentions are unpersuasive.

We deny Serrano's "motion of various matters" filed on July 10, 2007.

**AFFIRMED.**

cation and is not precedent except as provid-